No. 85–1001.   BOHN ET UX. *v.* COUNTY OF DAKOTA ET AL. C. A. 8th Cir.   Certiorari denied.

No. 85–1002.   CIAMPITTI ET AL. *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 85–1004.   BEAIRD *v.* MILLER'S MUTUAL INSURANCE ASSOCIATION OF ILLINOIS.   App. Ct. Ill., 5th Dist.   Certiorari denied.

No. 85–1006.   SINHA *v.* VETERANS ADMINISTRATION.   C. A. Fed. Cir.   Certiorari denied.

No. 85–1008.   BRITT *v.* SIMI VALLEY UNIFIED SCHOOL DISTRICT ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 85–1009.   YARBOUGH ET AL. *v.* NEW JERSEY.   Sup. Ct. N. J.   Certiorari denied.

No. 85–1013.   RITTENHOUSE *v.* DEKALB COUNTY, GEORGIA, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 85–1014.   SMITH *v.* LOUISIANA.   Ct. App. La., 2d Cir. Certiorari denied.

No. 85–1015.   LEEBRO MANAGEMENT, INC., DBA SAMSON BUICK, INC. *v.* NATIONAL LABOR RELATIONS BOARD.   C. A. 3d Cir.   Certiorari denied.

No. 85–1016.   MCKNIGHT ET AL. *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 85–1019.   RUSSELL *v.* COLORADO.   Ct. App. Colo.   Certiorari denied.

No. 85–1023.   JON-T. CHEMICALS, INC., ET AL. *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 85–1024.   PLISKA *v.* STEEL KING INDUSTRIES, INC.   C. A. 7th Cir.   Certiorari denied.